B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Jeffrey B. Whitman
Jackie L. Sutton,                     Case No.  20-10728-TPA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Scott's Capital Investments, LLC | Sunlight Associates, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
140A Amicks Ferry Rd. #307
Chapin, SC 29036

Court Claim # (if known):  9-1
Amount of Claim:  $95,944.28
Date Claim Filed:  01/06/2021

Phone:
Last Four Digits of Acct #:  2316

Phone:  586.210.6001
Last Four Digits of Acct. #:  5563

Name and Address where transferee payments should be sent (if different from above):
FCI Lender Services, Inc.
PO Box 28720
Anaheim, CA 92809
Phone:
Last Four Digits of Acct #:  2316

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                       Date: 04/08/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.